| | |
|---|---|
| 1 | PHILIP M. MILLER (SBN 87877) |
|   | ANNE M. BEVINGTON (SBN 111320) |
| 2 | JULIE A. OSTIL (SBN 215202) |
|   | SALTZMAN & JOHNSON LAW CORPORATION |
| 3 | 44 Montgomery Street, Suite 2110 |
|   | San Francisco, CA 94104 |
| 4 | (415) 882-7900 |
|   | (415) 882-9287 – Facsimile |
| 5 | pmiller@sjlawcorp.com |
|   | abevington@sjlawcorp.com |
| 6 | jostil@sjlawcorp.com |

Attorneys for Defendant Automotive Industries Trust Funds

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| A AND B AUTO CO INC., | CASE NO. C 11-04761 LB |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO COMPLAINT AND ~~[PROPOSED]~~ ORDER** |
| AUTOMOTIVE INDUSTRIES TRUST FUNDS; and DOES 1 to 10, | |
| Defendants. | |

The parties hereby stipulate and request that the Court enter an order extending Defendant's time to file an answer or other responsive pleading by approximately 60 days. Good cause exists for the request:

1. Plaintiff filed its Complaint in state court on August 2, 2011, and Defendant was served with that Complaint on August 16, 2011. On September 23, 2011, the case was removed by Defendant to Federal District Court.

2. Since the filing of the Notice of Removal of Action, the parties have conferred through their counsel of record. They believe that there is a possibility of an early settlement in this matter and would like to exchange information in hopes of achieving an early resolution.

3. If the matter cannot be settled at an early stage, Defendant anticipates filing a motion to dismiss.

4. The Initial Case Management Conference in this action has been set by the Court for March 29, 2012.

5. This stipulation is being entered into by the parties in accordance with Local Rule 6-1(a), which allows the parties to stipulate to an extension of time for a defendant to respond to a Complaint when that stipulation does not alter the dates of any event or deadline already fixed by Court order. This stipulation does not alter the date of any event of deadline already fixed by Court order.

6. The parties do not wish to incur further fees in preparing or opposing dispositive motions at this time given the possibility of settlement, and do not wish to cause the Court to use its time in considering motions that may be obviated by an early settlement.

7. Plaintiff and Defendant are therefore in agreement that Defendant's date to file an answer or other pleading responsive to the Complaint be extended by approximately 60 days, to November 28, 2011. The parties respectfully request that the Court so order.

Dated: September 26, 2011            LAW OFFICES OF GEORGE KING

                                     By:  _____/S/_____
                                     GEORGE KING
                                     Attorneys for Plaintiff, A AND B AUTO CO INC.

Dated: September 26, 2011            SALTZMAN & JOHNSON LAW CORPORATION

                                     By:  _____/S/_____
                                     JULIE A. OSTIL
                                     Attorneys for Defendant AUTOMOTIVE
                                     INDUSTRIES TRUST FUNDS

## **ORDER**

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that Defendant's deadline to respond to Plaintiff's Complaint is extended to November 28, 2011.

Dated: September 28, 2011            _____
                                     Honorable Laurel Beeler
                                     UNITED STATES MAGISTRATE JUDGE