1  PHILIP M. MILLER (SBN 87877)
   ANNE M. BEVINGTON (SBN 111320)
2  JULIE A. OSTIL (SBN 215202)
   SALTZMAN & JOHNSON LAW CORPORATION
3  44 Montgomery Street, Suite 2110
   San Francisco, CA 94104
4  (415) 882-7900
   (415) 882-9287 – Facsimile
5  pmiller@sjlawcorp.com
   abevington@sjlawcorp.com
6  jostil@sjlawcorp.com

7  Attorneys for Defendant Automotive Industries Trust Funds

8              UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  (OAKLAND DIVISION)

11 A AND B AUTO CO INC.,

12                    Plaintiff,                    CASE NO. C 11-04761 LB

       v.                                          **STIPULATION FOR EXTENSION OF
13                                                 TIME IN WHICH TO RESPOND TO
   AUTOMOTIVE INDUSTRIES TRUST                     COMPLAINT AND ~~[PROPOSED]~~
14 FUNDS; and DOES 1 t o 10,                       ORDER**

15                    Defendants.

16      The parties hereby stipulate and request that the Court enter an order extending

17 Defendant's time to file an answer or other responsive pleading by approximately 60 days.  Good

18 cause exists for the request:

19      1.      Plaintiff filed its Complaint in state court on August 2, 2011, and Defendant was

20 served with that Complaint on August 16, 2011.  On September 23, 2011, the case was removed

21 by Defendant to Federal District Court.

22      2.      Since the filing of the Notice of Removal of Action, the parties have conferred

23 through their counsel of record. They believe that there is a possibility of an early settlement in

24 this matter and would like to exchange information in hopes of achieving an early resolution.

25      3.      If the matter cannot be settled at an early stage, Defendant anticipates filing a

26 motion to dismiss.

27      4.      The Initial Case Management Conference in this action has been set by the Court

28 for March 29, 2012.

P:\CLIENTS\AUTWF\CASES\A AND B AUTO CO. INC\Pleadings\Stipulation Extending Time to Respond 092611.doc

1    5.    This stipulation is being entered into by the parties in accordance with Local Rule

2  6-1(a), which allows the parties to stipulate to an extension of time for a defendant to respond to a

3  Complaint when that stipulation does not alter the dates of any event or deadline already fixed by

4  Court order.  This stipulation does not alter the date of any event of deadline already fixed by

5  Court order.

6    6.    The parties do not wish to incur further fees in preparing or opposing dispositive

7  motions at this time given the possibility of settlement, and do not wish to cause the Court to use

8  its time in considering motions that may be obviated by an early settlement.

9    7.    Plaintiff and Defendant are therefore in agreement that Defendant's date to file an

10  answer or other pleading responsive to the Complaint be extended by approximately 60 days, to

11  November 28, 2011.  The parties respectfully request that the Court so order.

12  Dated: September 26, 2011          LAW OFFICES OF GEORGE KING

13                                     By: _____/S/_____

14                                       GEORGE KING
                                         Attorneys for Plaintiff, A AND B AUTO CO INC.

15

16  Dated: September 26, 2011          SALTZMAN & JOHNSON LAW CORPORATION

17                                     By: _____/S/_____

18                                       JULIE A. OSTIL
                                         Attorneys for Defendant AUTOMOTIVE

19                                       INDUSTRIES TRUST FUNDS

20

21                                     **ORDER**

22         Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that

23  Defendant's deadline to respond to Plaintiff's Complaint is extended to November 28, 2011.

24

25  Dated: _____September 28, 2011_____

26                                     _____
                                       Honorable Laurel Beeler

27                                     UNITED STATES MAGISTRATE JUDGE

28

- 2 -
STIPULATION FOR EXTENSION OF
TIME IN WHICH TO RESPOND TO COMPLAINT
CASE NO. C 11-04761 LB