PHILIP M. MILLER (SBN 87877)
ANNE M. BEVINGTON (SBN 111320)
JULIE A. OSTIL (SBN 215202)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
pmiller@sjlawcorp.com
abevington@sjlawcorp.com
jostil@sjlawcorp.com

Attorneys for Defendant,
Automotive Industries Trust Funds

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| A AND B AUTO CO INC.,<br><br>Plaintiff,<br>v.<br><br>AUTOMOTIVE INDUSTRIES TRUST FUNDS; and DOES 1 to 10,<br><br>Defendants. | CASE NO. C 11-04761 LB<br><br>STIPULATION FOR VOLUNTARY DISMISSAL AND ORDER THEREON |

Pursuant to Rule 42(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this action hereby stipulate that the action be dismissed with prejudice, all parties to bear their own costs.

Dated: February 6, 2012

SALTZMAN & JOHNSON LAW CORPORATION

By: _____
Julie A. Ostil
Attorneys for Defendant, AUTOMOTIVE INDUSTRIES WELFARE FUND

Dated: February 9, 2012

LAW OFFICES OF GEORGE KING

By: _____
George King
Attorneys for Plaintiff
A AND B AUTO CO INC.

- 1 -

STIPULATION FOR VOLUNTARY DISMISSAL
AND ORDER; CASE NO. C 11-04761 LB

1 | IT IS SO ORDERED
2 | Dated: February 15, 2012

HONORABLE LAUREL BEELER
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

- 2 -

P:\CLIENTS\AUTWF\CASES\A AND B AUTO CO. INC\Pleadings\020612 Stipulation for Voluntary Dismissal.doc

STIPULATION FOR VOLUNTARY DISMISSAL
AND ORDER; CASE NO. C 11-04761 LB