1  PHILIP M. MILLER (SBN 87877)
   ANNE M. BEVINGTON (SBN 111320)
2  JULIE A. OSTIL (SBN 215202)
   SALTZMAN & JOHNSON LAW CORPORATION
3  44 Montgomery Street, Suite 2110
   San Francisco, CA 94104
4  (415) 882-7900
   (415) 882-9287 – Facsimile
5  pmiller@sjlawcorp.com
   abevington@sjlawcorp.com
6  jostil@sjlawcorp.com

7  Attorneys for Defendant,
   Automotive Industries Trust Funds
8

9              UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                    (OAKLAND DIVISION)

12 A AND B AUTO CO INC.,
                                          CASE NO. C 11-04761 LB
13            Plaintiff,
        v.                                STIPULATION FOR VOLUNTARY
14                                        DISMISSAL AND ORDER THEREON
   AUTOMOTIVE INDUSTRIES TRUST
15 FUNDS; and DOES 1 to 10,

16            Defendants.

17

18      Pursuant to Rule 42(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this
19 action hereby stipulate that the action be dismissed with prejudice, all parties to bear their own
20 costs.

21 Dated:   February 6, 2012          SALTZMAN & JOHNSON LAW CORPORATION

22                                    By: /s/ Julie Ostil
23                                    Julie A. Ostil
                                      Attorneys for Defendant, AUTOMOTIVE
24                                    INDUSTRIES WELFARE FUND

25
   Dated:   February 9, 2012          LAW OFFICES OF GEORGE KING
26
                                      By: /s/ George King
27                                    George King
                                      Attorneys for Plaintiff
28                                    A AND B AUTO CO INC.

                                           - 1 -

                                      STIPULATION FOR VOLUNTARY DISMISSAL
                                      AND ORDER; CASE NO. C 11-04761 LB

1 | IT IS SO ORDERED
2 | Dated: February 15, 2012

HONORABLE LAUREL BEELER
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

- 2 -

STIPULATION FOR VOLUNTARY DISMISSAL
AND ORDER; CASE NO. C 11-04761 LB

P:\CLIENTS\AUTWF\CASES\A AND B AUTO CO. INC\Pleadings\020612 Stipulation for Voluntary Dismissal.doc